**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Inessa Robbins**     JOINT DEBTOR: _____     CASE NO.: _____
Last Four Digits of SS# **xxx-xx-5374**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **36** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **553.63** for months **1** to **36** ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **5,425.00 ($3500 safe harbor + $1800 LMM + $125 expenses )**     TOTAL PAID $ **1,500.00**

Balance Due $ **3,925.00** payable $ **392.50** /month (Months **1** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Residential Credit Slt**     Arrearage on Petition Date $ **0.00**
   Address: **350 S. Grand Avenu; Los Angeles, CA 90071**     Arrears Payment $ **0.00** /month (Months **0** to **0** )
   Account No: **xxxxxx4559**     Regular Payment $ **105.80** /month (Months **1** to **10** )
   **498.30** /month (Months **11** to **36** )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments/Months of Payment | Total Plan Payments |
|---|---|---|---|---|
| **-NONE-** | $ | % | | |

Unsecured Creditors: Pay $ **5.00** /month (Months **1** to **36** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions: Not included above.

Debtor will pay Springlake Villas HOA outside of plan.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

The Debtor is in the process of gathering documents and information necessary for filing a Motion for Referral to Loss Mitigation Mediation (LMM Motion). Debtor will file said motion with the court as soon as possible.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ David Tybor, Esq.
**Atty for the debtor with debtor consent**

Date: **9/30/2013**

LF-31 (rev. 01/08/10)